UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 12: 19

STEPHEN MC LENNON

v.                  Civil No. 3:02cv1501 (WWE)

BALFOUR BEATTY CONSTRUCTION, INC

## JUDGMENT

Notice having been sent to counsel of record on September 12, 2003, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before October 5, 2003, and

No closing papers or further requests for action having been received within the time specified, therefore,

It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 20th day of October 2003.

KEVIN F. ROWE, Clerk

By: _____
Deputy Clerk

Entered on Docket_____